UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 18607 |
| | CHAPTER 13 |
| JOSE MELENDEZ | |
| MARIA MELENDEZ | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 15 | 35 | 3066 ARRS | $2,359.48 | $2,759.48 | $2,759.48 |
| Total Amount Paid by Trustee | | | | | $2,759.48 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-18607-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 7th day of April, 2015.

Debtor:
JOSE MELENDEZ
MARIA MELENDEZ
5141 W 64TH ST
CHICAGO, IL 60638

Attorney:
GONZALEZ LAW GROUP PC
1904 S CICERO AVE
CICERO, IL 60804
via Clerk's ECF noticing procedures

Mortgage Creditor:
LITTON LOAN SERVICING LP
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL, GA 30076

Mortgage Creditor:
CHASE MANHATTAN MTG
% WASHINGTON MUTUAL FA
3415 VISION DR
COLUMBUS, OH 43219

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL 33416

Mortgage Creditor:
LITTON LOAN SERVICING INC
4828 LOOP CENTRAL DR
HOUSTON, TX 77081

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% ROSICKI ROSICKI & ASSOCIATES
51 E BETHPAGE RD
PLAINVIEW, NY 11803

Mortgage Creditor:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL 33409

Mortgage Creditor:
THE BANK OF NEW YORK MELLON TRUST COMPANY
% FISHER & SHAPIRO LLC
2121 WAUKEGAN ROAD
SUITE 301
BANNOCKBURN, IL 60015

ELECTRONIC SERVICE - United States Trustee

Date: April 07, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603